

EXHIBIT 1



EXHIBIT 2



EXHIBIT 3

US00D564219S

## (12) United States Design Patent
### Bagus

(10) Patent No.: **US D564,219 S**
(45) Date of Patent: ** **Mar. 18, 2008**

(54) **TRAVEL KIT**

(76) Inventor: **Kenneth Allen Bagus**, 880 S. Franklin St., Denver, CO (US) 80209

(**) Term: **14 Years**

(21) Appl. No.: **29/282,939**

(22) Filed: **Aug. 1, 2007**

(51) LOC (8) Cl. ................................................. 03-01
(52) U.S. Cl. .................................................. D3/205
(58) Field of Classification Search ............... D3/201, D3/205; D9/749; D28/47, 73, 83; 190/109, 190/901; 132/73, 311, 314, 315; 206/228, 206/581, 759, 804, 864
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,790,122 A | * | 1/1931 | Tourtois | 132/314 |
| 5,358,101 A | * | 10/1994 | Lombardi | 206/581 |
| 5,441,153 A | * | 8/1995 | Lahaye | 206/581 |
| D379,013 S | * | 4/1997 | Shih | D28/73 |
| 6,920,974 B2 | * | 7/2005 | Reynolds et al. | 206/804 |
| 2003/0131868 A1 | * | 7/2003 | Stanley, III | 206/581 |

* cited by examiner

*Primary Examiner*—Louis S. Zarfas
*Assistant Examiner*—Monica A Weingart
(74) *Attorney, Agent, or Firm*—Lee G. Meyer, Esq.; Meyer & Assoc., LLC

(57) **CLAIM**

The design for a travel kit, as shown and described.

**DESCRIPTION**

The claimed travel kit is used as a transparent, sealable receptacle for the included containers of specific configuration and volumetric capacity.

FIG. 1 is a perspective view of the travel kit showing my new design.
FIG. 2 is a front view of the travel kit.
FIG. 3 is a back view of the travel kit.
FIG. 4 is a left side view of the travel kit.
FIG. 5 is a right side view of the travel kit.
FIG. 6 is a top view of the travel kit; and,
FIG. 7 is a bottom view of the travel kit.

**1 Claim, 3 Drawing Sheets**





EXHIBIT 4

**U.S. Patent**    Mar. 18, 2008    Sheet 1 of 3    US D564,219 S



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7