IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00616-MSK-MJW

SHOP*TV, INC.,

Plaintiff(s),

v.

EAGLE HOME PRODUCTS, INC.,

Defendant(s).

MINUTE ORDER RESETTING
SCHEDULING/PLANNING CONFERENCE
BEFORE MAGISTRATE JUDGE WATANABE

It is hereby ORDERED that the Motion for Resetting of Scheduling/Planning Conference, filed with the Court on May 8, 2008, Docket Number 10, is GRANTED. The Scheduling Conference set on May 20, 2008 at 8:30 a.m., is VACATED and RESET on July 22, 2008, at 8:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: May 9, 2008